UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x
JESSICA KARIM, on behalf of herself and all
Others similarly situated,

        Civil Action No. 1:23-cv-11146

      Plaintiffs,

   -against-

NANAMACS BOUTIQUE, LLC.,

        **NOTICE OF VOLUNTARY DISMISSAL**

      Defendant.
────────────────────────────────x

Plaintiff Jessica Karim, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: April 22, 2024

By: /s/ Gabriel Levy

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com